UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

                                        Case No. 14-cr-20202

v.

                                        Hon. Robert H. Cleland

Donald Johnson,

       Defendant.

---

## ORDER COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL

---

On 8/3/2015, this Court entered an Order for Psychiatric or Psychological examination of Defendant to Determine Competency (Time of Offense and Competency to Stand Trial) (R. 14: Order, PgID 44). A report was received from Jack Haynes, PhD, on November 23, 2015, which concluded that Defendant was not presently competent to stand trial. On 12/15/2015, Defendant, along with his counsel and counsel for the government appeared for a competency hearing. All parties acknowledged receipt of the report and determination.  No objections to the finding that Defendant was not presently competent to stand trial were made. The Court thereby concluding that Defendant's mental incompetence to stand trial had

been established by a preponderance of the evidence, pursuant to 18 U.S.C. §4241(d).  Accordingly,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §4241(d), that Defendant be committed to the custody of the Attorney General for hospitalization, for a period not to exceed four (4) months, to determine whether there is a substantial probability that Defendant will in the foreseeable future become competent to stand trial;

IT IS FURTHER ORDERED that Defendant will remain on bond until such time as the Bureau of Prisons designates a facility for placement. Defendant will then be permitted to self-surrender to the designated facility.

**IT IS SO ORDERED.**

s/Robert H. Cleland
Hon. Robert H. Cleland
United States District Judge

Entered: January 7, 2016